# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RUTH BARRIOS,**

     *Plaintiff,*

**Case No. 8:20-cv-399-SCB-JSS**

**vs.**

**CONCORD ADVICE, LLC, et al.,**

     *Defendants.*

_____/

## JOINT STIPULATION OF MEDIATOR SELECTION

The Parties have stipulated to the following mediator:

     Peter J. Grilli
     3001 W. Azeele St.
     Tampa, FL 33609
     Office: 813-874-1002
     Fax: 813-874-1131

Dated May 26, 2020

| | |
|---|---|
| /s/ *Bryan J. Geiger* | /s/ *Lauren G. Raines* |
| Bryan J. Geiger, Esq. | Lauren G. Raines, Esq. |
| Florida Bar No. 119168 | Florida Bar No. 11896 |
| Seraph Legal, P.A. | Bradley Arant Boult Cummings LLP |
| 2002 East 5th Avenue, Suite 104 | 100 N. Tampa Street, Suite 2200 |
| Tampa, Florida 33605 | Tampa, FL 33602 |
| P: 813-567-1230 | T: (813) 559-5500 \| F: (813) 229-5946 |
| F: (855) 500-0705 | Primary email: lraines@bradley.com |
| BGeiger@seraphlegal.com | Primary email: tpetzoldt@bradley.com |
| *Counsel for Plaintiff* | Secondary email: eajohnson@bradley.com |
| | *Counsel for Defendants Concord Advice,* |
| | *LLC, and Michael Luxenberg* |

/s/ *S. Douglas Knox*
S. Douglas Knox
Florida Bar No. 849871
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602
Phone: (813) 424-3500
dknox@spencerfane.com
*Counsel for Speedy Servicing, Inc.*

*\* Electronically filed by Bryan J. Geiger with counsel's express consent.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2020, a copy of the foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to:

| | |
|---|---|
| **S. Douglas Knox** | **Lauren G. Raines** and **Tara M. Petzoldt** |
| Spencer Fane LLP | Bradley Arant Boult Cummings LLP |
| dknox@spencerfane.com | lraines@bradley.com |
| *Counsel for Defendant Speedy Servicing* | tpetzoldt@bradley.com |
| | *Counsel for Defendants Concord Advice, LLC and Michael Luxenberg* |

/s/ *Bryan J. Geiger*
Bryan J. Geiger, Esq.
Florida Bar # 119168