# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RUTH BARRIOS,**

    *Plaintiff,*

**v.**                                           **Case No: 8:20-cv-00399-CEH-JSS**

**CONCORD ADVICE, LLC,**
**SPEEDY SERVICING, INC.,** *and*
**MICHAEL LUXENBERG,**

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT

    In accordance with Local Rule 3.08, Plaintiff hereby provides notice that Plaintiff and all Defendants have reached a settlement in this case. Upon completion of the terms of settlement, the Parties will file a Stipulation of Dismissal.

    Respectfully submitted on December 3, 2020.

                                                     /s/ *Bryan Geiger*
                                                     Bryan J. Geiger
                                                     Florida Bar # 119168
                                                     Seraph Legal, P.A.
                                                     2002 E. 5th Avenue, Suite 104
                                                     Tampa, FL 33605
                                                     (813) 321-2348
                                                     bgeiger@seraphlegal.com
                                                     Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record.

                                                     /s/ *Bryan J. Geiger*
                                                     Bryan J. Geiger, Esq.
                                                     Florida Bar No. 119168