UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH BARRIOS,

    Plaintiff,

v.                                                                        Case No: 8:20-cv-399-T-36JSS

CONCORD ADVICE, LLC and
SPEEDY SERVICING INC.,

    Defendants.
_____/

**ORDER**

Before the Court is the Stipulation and Joint Motion for Dismissal With Prejudice (Doc. 42). In accord with the Stipulation and Joint Motion for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)    The Stipulation and Joint Motion for Dismissal With Prejudice is **GRANTED** (Doc. 42).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 27, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record